**Order filed January 6, 2022**



## In The

# Eleventh Court of Appeals

_____

## No. 11-21-00194-CV

_____

## IN THE MATTER OF THE ESTATE OF ESTHER ABELL DENTON, DECEASED

**On Appeal from the County Court at Law No. 2**
**Midland County, Texas**
**Trial Court Cause No. P14779**

### O R D E R

We have reviewed the "Motion to Recuse or Disqualify Justice W. Bruce Williams From This Case" filed in this cause on December 27, 2021, as it pertains to seeking the recusal or disqualification of Justice W. Bruce Williams. Pursuant to Rule 16.3(b) of the Texas Rules of Appellate Procedure, Justice Williams has considered the motion in chambers. Justice Williams has found no reason to recuse or disqualify himself and, pursuant to Rule 16.3(b), has certified the issue to the entire court for a determination by the other justices of this court.[1] *See* TEX. R.

---

[1]A copy of Justice Williams's written certification is attached to this order.

APP. P. 16.3(b). Chief Justice John M. Bailey and Justice W. Stacy Trotter have decided the matter without Justice Williams's participation.

The recusal or disqualification of appellate judges is controlled by Rule 16 of the Texas Rules of Appellate Procedure. The grounds for disqualification are provided by the Texas Constitution and the laws of Texas. TEX. R. APP. P. 16.1; *see* TEX. CONST. art. V, § 11. The grounds for recusal of an appellate court justice are provided in the Texas Rules of Civil Procedure. TEX. R. APP. P. 16.2; *see* TEX. R. CIV. P. 18b. We find no reason for Justice Williams to disqualify or recuse himself and hold that none of the grounds set out in Article V, § 11 or Rule 18b are applicable to Justice Williams in this case. *See* TEX. CONST. art. V, § 11; TEX. R. CIV. P. 18b; *see also Manges v. Guerra*, 673 S.W.2d 180, 185 (Tex. 1984); *McCullough v. Kitzman*, 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, pet. denied).

The request for the recusal or disqualification of Justice W. Bruce Williams is denied.

PER CURIAM

January 6, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
and Trotter, J.

Williams, J., not participating.

2